1
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DAVID KILLEBREW-BEY,**

    **Plaintiff,**

                                                    Civil Action No. 25-11066

**v.**

                                                    HON. DENISE PAGE HOOD

**DTE ENERGY,**

    **Defendant.**

_____/

## **JUDGMENT**

This action, having come before the Court and the Court having issued an order dismissing the Complaint this date, accordingly,

Judgment is entered against Plaintiff and in favor Defendant.

                                                                   KINIKIA D. ESSIX

Approved:                                                CLERK OF COURT

                                                        By:  s/LaShawn Saulsberry
                                                              Deputy Clerk

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  April 25, 2025